BRYAN SCHRODER
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Stephan.Collins@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  vs.<br><br>JEFFREY GEORGE ROBINSON,<br>AND AMBER JO WILLIAMSON,<br><br>     Defendants. | ) No.<br>)<br>) COUNT 1:<br>) DRUG CONSPIRACY:<br>) METHAMPHETAMINE & HEROIN<br>)  Vio. of 21 U.S.C. §§ 846 & 841(a)(1)<br>) & (b)(1)(A) & (C)<br>)<br>)<br>) |

I N D I C T M E N T

  The Grand Jury charges that:

COUNT 1

  Beginning at some exact time unknown to the grand jury but at least between on or about January 1, 2017 and continuing to on or about January 24, 2017, within the District of Alaska, the defendants, JEFFREY GEORGE ROBINSON, AND AMBER JO

WILLIAMSON, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more actual methamphetamine and a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1).

    All of which is in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A) & (C).

    A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan A. Collins
STEPHAN A. COLLINS
United States of America
Assistant U.S. Attorney

s/ Bryan Schroder
BRYAN SCHRODER
United States of America
Acting United States Attorney

DATE: 9/25/2017